UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Douglas S Williams<br>Debtor | CASE NO.: 25-12781 |
| | CHAPTER 13 |
| NewRez LLC d/b/a Shellpoint<br>Mortgage Servicing as Servicer for US<br>Bank Trust National Association, Not<br>In Its Individual Capacity But Solely<br>As Owner Trustee For VRMTG Asset<br>Trust<br>v. | Judge:  Derek J. Baker<br><br>Hearing Date: December 18, 2025<br><br>Objection Deadline:December 2, 2025 |
| Douglas S Williams<br>Kenneth E. West<br>                    Respondents | |

## MOTION FOR RELIEF FROM THE
## AUTOMATIC STAY AND CO-DEBTOR STAY

NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicer for US Bank Trust National

Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust

(on behalf of itself and together with any successor and/or assign, "Movant") hereby moves this

Court for an Order (i) pursuant to 11 U.S.C. § 362 (d)(1); vacating the automatic stay to permit

Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at

107 8th Street, Bridgeport, PA 19405 ("Property"); vacating the co-debtor stay in effect pursuant

to 11 U.S.C. § 1301(a) and (ii) for such other and further relief as is just and proper. In support of

this Motion, Movant respectfully states:

1.       Movant is the holder of a Note executed by Theresa A. Williams dated June 25,

2004, whereby Theresa A. Williams promised to repay $123,500.00 plus interest to Bank of

America (the "Original Lender"). To secure the repayment of the Note, Theresa A. Williams

executed a Mortgage in favor of Bank of America, N A, encumbering the Property commonly known as 107 8th Street, Bridgeport, PA 19405-1201, which Mortgage was recorded in the Official records of Montgomery County at Book 11182, Page 954 (hereinafter "Mortgage"). The Mortgage was ultimately assigned to Movant by an Assignment of Mortgage. Theresa A. Williams entered into a Loan Modification Agreement effective September 1, 2011, which created a New Principal Balance of $143,031.35.   Other than liens with statutory priority, Movant's mortgage is in first lien position. A copy of the Note, Mortgage, Loan Modification Agreement, and Assignments of Mortgage are attached hereto as **Exhibit A**.

2.      The Petition under Chapter 13 of the United States Bankruptcy Code was filed by the Douglas S Williams on July 11, 2025.

3.      This Court has jurisdiction over this case and this motion pursuant to 28 U.S.C. §§ 157 and 1334.

4.      Venue of this case and this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5.      The Debtor has failed to make current mortgage payments due under the terms of the Loan. As a result, the Loan remains post-petition due for August 1, 2025, and each subsequent payment thereafter.

6.      Pursuant to 11 U.S.C. § 362(d)(1), the court shall enter an order granting a secured creditor relief from the automatic stay for cause "including the lack of adequate protection of an interest in property of such party and interest."

7.      Specifically, courts have found cause for the granting of relief from an automatic stay where the debtor has failed to make post-petition mortgage payments as they become due. In Re Taylor, 151 B.R. 646, 648 (Bankr. E.D.N.Y. 1993).

8.      Movant will be irreparably injured by continuation of the co-debtor stay imposed

under 11 U.S.C. § 1301(a) absent payments from the Debtor and/or Co-Debtor. As such, the co-

debtor stay should be lifted pursuant to 11 U.S.C. § 1301(c)(3), and Movant should be permitted

to proceed against the Co-Debtor.

9.      Accordingly, grounds exist to vacate the stay in Debtor's case and Movant

therefore requests that the co-debtor stay imposed under 11 U.S.C. § 1301(a) of the Bankruptcy

Code be modified and terminated for cause to permit Movant to pursue its rights against the Co-

Debtor under the Mortgage and applicable law, including without limitation, the commencement

and consummation of a foreclosure action and/or eviction proceeding.

10.     Movant respectfully requests reasonable attorney fees in the amount of $1,350.00

and costs in the amount of $199.00.

11.     In addition, Movant requests an Order allowing Movant to offer and provide

Debtors with information regarding a potential Forbearance Agreement, short sale, deed in lieu,

loan modification, Refinance Agreement, or other loan workout/loss mitigation agreement, and

to enter into such agreement with the Debtors without further order of the court.


WHEREFORE, Movant respectfully requests an Order of this Court vacating the

automatic stay and for such other, further and additional relief as to this Court may deem just,

proper and equitable.


Dated: November 18, 2025
By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for NewRez LLC d/b/a Shellpoint
Mortgage Servicing as Servicer for US Bank Trust

National Association, Not In Its Individual Capacity
But Solely As Owner Trustee For VRMTG Asset
Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com